PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name  CORRALEJO,           EDWARD           D.
         (Last)              (First)       (Initial)

Prisoner Number  E 52119

Institutional Address  c/o California Correctional Institution, P.O. Box 608, Tehachapi, California 93581

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EDWARD DANIEL CORRALEJO,
(Enter the full name of plaintiff in this action.)

vs.

W.J. SULLIVAN, Warden,

(Enter the full name of respondent(s) or jailor in this action)

Case No. _____
(To be provided by the clerk of court)

CV 08 0296

PETITION FOR A WRIT
OF HABEAS CORPUS

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS            - 1 -

1  <u>Who to Name as Respondent</u>

2  You must name the person in whose actual custody you are. This usually means the Warden or

3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which

4  you are imprisoned or by whom you were convicted and sentenced. These are not proper

5  respondents.

6  If you are not presently in custody pursuant to the state judgment against which you seek relief

7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8  custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack

9  was entered.

10  A. <u>INFORMATION ABOUT YOUR CONVICTION AND SENTENCE</u>

11  1. What sentence are you challenging in this petition?

12  (a)  Name and location of court that imposed sentence (for example; Alameda

13  County Superior Court, Oakland):

14  Superior Court                    Pomona/L.A. County-conviction
    **Superior Court**                **Monterey County-this writ**
15  Court                              Location
                      A891170 L.A. County
16  (b)  Case number, if known  HC5619 & HC 5811-this writ

17  (c)  Date and terms of sentence  Life sentence(15 years to life + 1 yr.)

18  (d)  Are you now in custody serving this term? (Custody means being in jail, on

19  parole or probation, etc.)     Yes  XX       No _____

20  Where?

21  Name of Institution: California Correctional Institution

22  Address: P.O. Box 608, Tehachapi, Ca. 93581

23  2. For what crime were you given this sentence? (If your petition challenges a sentence for

24  more than one crime, list each crime separately using Penal Code numbers if known. If you are

25  challenging more than one sentence, you should file a different petition for each sentence.)

26  P.C. 187 (A) & 12022(b)------ **Challenging a write-up received in prison---this writ**

27  **writ, because it prevents me from receiving a favorable parole hearing in**

28  **front of the Board of Prison Terms.**

PET. FOR WRIT OF HAB. CORPUS          - 2 -

1  3. Did you have any of the following?

2      Arraignment:                                            Yes XX      No \_\_\_\_

3      Preliminary Hearing:                     Yes XX      No \_\_\_\_

4      Motion to Suppress:                       Yes \_\_\_\_   No \_\_\_\_

5  4. How did you plead?

6      Guilty \_\_\_\_    Not Guilty \_\_\_\_    Nolo Contendere XX

7      Any other plea (specify) _____

8  5. If you went to trial, what kind of trial did you have?

9      Jury \_\_\_\_    Judge alone \_\_\_\_    Judge alone on a transcript \_\_\_\_

10  6. Did you testify at your trial?              Yes \_\_\_\_   No \_\_\_\_

11  7. Did you have an attorney at the following proceedings:

12      (a)    Arraignment                          Yes XX      No \_\_\_\_

13      (b)    Preliminary hearing                 Yes XX      No \_\_\_\_

14      (c)    Time of plea                         Yes XX      No \_\_\_\_

15      (d)    Trial                                     Yes \_\_\_\_   No \_\_\_\_

16      (e)    Sentencing                             Yes XX      No \_\_\_\_

17      (f)    Appeal                                  Yes \_\_\_\_   No \_\_\_\_

18      (g)    Other post-conviction proceeding    Yes \_\_\_\_   No \_\_\_\_

19  8. Did you appeal your conviction?             Yes \_\_\_\_   No XX

20      (a)    If you did, to what court(s) did you appeal?

21          Court of Appeal                      Yes \_\_\_\_   No \_\_\_\_

22          Year: _____    Result: _____

23          Supreme Court of California      Yes \_\_\_\_   No \_\_\_\_

24          Year: _____    Result: _____

25          Any other court                      Yes \_\_\_\_   No \_\_\_\_

26          Year: _____    Result: _____

27

28      (b)    If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS        - 3 -

|   |     | petition?                                                                 | Yes ____ | No ____ |
|---|-----|---------------------------------------------------------------------------|----------|---------|
| 1 |     |                                                                           |          |         |
| 2 | (c) | Was there an opinion?                                                     | Yes ____ | No ____ |
| 3 | (d) | Did you seek permission to file a late appeal under Rule 31(a)?           |          |         |
| 4 |     |                                                                           | Yes ____ | No ____ |

If you did, give the name of the court and the result:

_____

_____

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?  Yes ____  No _XX_

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

(a) If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I. Name of Court: __Superior Court of Monterey County__

Type of Proceeding: __writ of habeas corpus__

Grounds raised (Be brief but specific):

a. __A liberty interest in over turning a CDCR 115, illegally issued to him, thereby blocking the BPT from releasing him.__

b. __Violation of the 6th and 14th Amendments of U.S. Constit. Due Process Rights.__

c. _____

d. _____

Result: __denied__  Date of Result: __4/26/07 & 9/7/07__

II. Name of Court: __Court of Appeals--Sixth Appellate District__

Type of Proceeding: __writ of habeas corpus__

Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS     -4-

| | | |
|---|---|---|
| 1 | | a. Same as Above |
| 2 | | b. |
| 3 | | c. |
| 4 | | d. |
| 5 | | Result: denied                    Date of Result: Oct. 12, 2007 |
| 6 | III. | Name of Court: Supreme Court of California |
| 7 | | Type of Proceeding: Petition For Review |
| 8 | | Grounds raised (Be brief but specific): |
| 9 | | a. Same as Above |
| 10 | | b. |
| 11 | | c. |
| 12 | | d. |
| 13 | | Result: denied                    Date of Result: Dec. 12, 2007 |
| 14 | IV. | Name of Court: |
| 15 | | Type of Proceeding: |
| 16 | | Grounds raised (Be brief but specific): |
| 17 | | a. |
| 18 | | b. |
| 19 | | c. |
| 20 | | d. |
| 21 | | Result: _____ Date of Result: _____ |

(b) Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes _____   No XX

Name and location of court: _____

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS          - 5 -

1 | need more space. Answer the same questions for each claim.

2 | [Note: You must present ALL your claims in your first federal habeas petition. Subsequent
3 | petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,
4 | 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

Claim One: Petitioner is serving a life sentence and thereby has a liberty interest in overturning a CDCR 115 rules violation which he's factually innocent of and Respondent is aware of that fact which can't be disputed.
Supporting Facts: Petitioner was in the Yard when a prison riot broke out & once ordered to do so laid face down in a prone position. While in that position, an inmate who was one of the riotor's, who'd also refused to lay down proceeded to kick Petitioner and he believes other's who were
continued.......

Claim Two:_____

Supporting Facts:_____

Claim Three:_____

Supporting Facts:_____

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

PET. FOR WRIT OF HAB. CORPUS        - 6 -

also laying down per the orders of the CDCR officer's. Several other's who were rioting joined the first riotor and began kicking Petitioner and he believes other inmates on the ground. Petitioner had no cuts or bruises on his hands and only marks that he received from the multiple kicks anywhere on his person. The medical records which were given to the State Court's, in addition to the Incident Report, all support this Petitioner's innocence. The only factual basis for Respondent's CDCR 115 was that he was outside on the Yard when the riot took place. There are no witnesses stating that Petitioner was in fact a riotor and in fact the only witnesses state Petitioner wasn't involved EXCEPT AS A VICTIM. The records are all quite clear and support Petitioner's position.

The Respondent's position is that until Petitioner is denied parole by the BPT, there's no harm, no foul. Except, the BPT, ALWAYS DENIES PAROLE 100% OF THE TIME IF THERE'S A CDCR 115 ISSUED BETWEEN HEARINGS. 100% is hard to dispute. The Respondent's know that to be a fact and they argue it 100% of the time when they oppose parole for Petitioner's who appeal the BPT's denial of parole and state always that that's proof for the denial 100% of the time.

1  List, by name and citation only, any cases that you think are close factually to yours so that they
2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3  of these cases:
4  SEE ATTACHED POINTS & AUTHORITIES
5  _____
6  _____

7  Do you have an attorney for this petition?                           Yes____    No XX

8  If you do, give the name and address of your attorney: I AM REQUESTING THAT THIS COURT APPOINT LEGAL COUNSEL ON MY BEHALF, SINCE
9  THIS EFEECTS MORE THAN 23,000 OTHER INMATES LIFE, BUT ELIFIBLE FOR PAROLE SENTENCES--PLUS THE CURRENT 3-JUDGE PANEL RULING THAT CONDITIONS UNCONSTITUTIONAL.

10  WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12
13  Executed on  January     , 2008            /s/ Ronald Cordero
14              Date                           Signature of Petitioner

20  (Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS         - 7 -

continued....                    Points and Authorities                    page 7A

1. Wolff v. McDonnell, 418 U.S. 539, 94 S.Ct. 2963, 41 L.Ed. 2d 935(1974).

2. Goff V. Dailey, 789 F.Supp. 978 (S.D. Iowa 1992).

3. Jordan v. Jarvis (1993) 200 Mich. App. 455, 505 N.W. 2d 273.

4. Smith v. Mensinger, 293 F.3d 641 (3rd. Cir. 2002).

5. Sibron v. New York, 392 U.S. 40, 88 S.Ct. 1889, 29 L.Ed. 2d 917 (1968).

6. Wood v. Ross, 434 F.2d 297 (4th Cir. 1970).

7. Hewett v. North Carolina, 415 F.2d 1316 (4th Cir. 1969).

8. Marston v. Oliver, 324 F.Supp. 691 (E.D. Va. 1971).

9. People v. Olivas, (1976) 17 Cal. 3d 236, 131 Cal.Rptr. 55, 551 P.2d 375.

10. Anderson v. U.S. Parole Comm. (9th Cir. 1986) 793 F.2d 1136.

11. United States, ex rel. Schiano v. Luther (3rd Cir. 1992) 954 F.2d 910.

12. Johonson v. West Texas Dept. of Crim. Justice (WD Tex. 1995) 910 F.Supp. 1208.

13. U.S. Constitution, 4th, 5th, 6th, 8th and 14th Amendments.

Court of Appeal, Sixth Appellate District - No. H032100
**S157397**

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

In re EDWARD DANIEL CORRALEJO on Habeas Corpus

The petition for review is denied.

SUPREME COURT
**FILED**

DEC 1 2 2007

Frederick K. Ohlrich Clerk

_____
Deputy

**GEORGE**
Chief Justice



IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SIXTH APPELLATE DISTRICT



OCT 1 2 2007

MICHAEL J. _____, Clerk

By _____ DEPUTY

| In re EDWARD DANIEL CORRALEJO, | H032100 |
|---|---|
| on Habeas Corpus. | (Monterey County Super. Ct. No. HC5619) |

BY THE COURT:

The petition for writ of habeas corpus is denied.

(Premo, Acting P.J., Elia, J., and Duffy, J., participated in this decision.)

Dated  OCT 1 2 2007           PREMO, J.           Acting P.J.

FILED
SEP 0 7 2007
LISA M. GALDOS
CLERK OF THE SUPERIOR COURT
——S. GARSIDE—— DEPUTY

SUPERIOR COURT OF CALIFORNIA

COUNTY OF MONTEREY

In re  ) Case No.: HC 5811
       )
Edward Daniel Corralejo ) ORDER
       )
On Habeas Corpus. )

On July 11, 2007, Petitioner Edward Daniel Corralejo filed a petition for writ of habeas corpus.

Petitioner is currently incarcerated at California Correctional Institution in Tehachapi.

While Petitioner was incarcerated at Correctional Training Facility, a riot broke out on February 7, 2006. On March 18, 2006, Petitioner was found guilty of participating in a riot. Petitioner was assessed 90 days forfeiture of credit.

In the instant petition, Petitioner claims that he was improperly found guilty of participating in a riot.

Petitioner has failed to exhaust his administrative remedies. See *In re Muszalski* (1975) 52 Cal.App.3d 500, 508. Petitioner has attached a letter dated June 18, 2007 from the Inmate Appeals Branch. According to this letter, Petitioner's appeal was returned to him because he failed to submit his appeal within 15 working days of the event or decision being appealed, or of receiving a lower level decision in accordance with California Code of Regulations, title 15, section 3084.6(c).

In addition, Petitioner has failed to provide a copy of the relevant Rules Violation Report. *People v. Duvall* (1995) 9 Cal.4th 464, 474.

The petition is denied.

1

1    IT IS SO ORDERED.

2    Dated: 09-07-07

4    _____
     Hon. Stephen A. Sillman
5    Judge of the Superior Court

2

SUPERIOR COURT OF CALIFORNIA

COUNTY OF MONTEREY

FILED APR 2 6 2007
LISA M. GALDOS
CLERK OF THE SUPERIOR COURT
OSCAR LUNA DEPUTY

In re

Edward Daniel Corralejo

On Habeas Corpus.

Case No.: HC 5619

ORDER

On March 6, 2007, Petitioner filed a petition for writ of habeas corpus.

Petitioner is currently incarcerated at California Correctional Institution in Tehachapi.

While Petitioner was incarcerated at Correctional Training Facility, a riot broke out on February 7, 2006. On March 18, 2006, Petitioner was found guilty of participating in a riot. Petitioner was assessed 90 days forfeiture of credit.

In the instant petition, Petitioner contends that he was improperly found guilty of participating in a riot.

Petitioner's contention fails. Petitioner has failed to exhaust his administrative remedies. See *In re Muszalski* (1975) 52 Cal.App.3d 500, 508. Petitioner has attached a letter dated July 16, 2006 from the Inmate Appeals Branch. The review of this letter indicates that Petitioner has not exhausted his administrative remedies. The Inmate Appeals Branch returned his appeal because he failed to include the complete CDC 837, Incident Report. Petitioner does not state whether he resubmitted his appeal with the complete CDC 837, Incident Report, for the Director's review.

The petition is denied.

1

1

2    IT IS SO ORDERED.

3    Dated: 4-26-07

4

5    _____
     Hon. Jonathan R. Price
6    Judge of the Superior Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

