```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611015216
Cashier ID: bucklew
Transaction Date: 02/01/2008
Payer Name: edward corralejo

WRIT OF HABEAS CORPUS
 For: edward corralejo
 Amount:        $5.00

MONEY ORDER
 Check/Money Order Num: 12228884461
 Amt Tendered: $5.00

Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

08-296rmw

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

Ernest Corralejo
6449 Sherman st
Chino, Ca. 91710

US District Court
450 Golden Gate Ave
P.O.Box 36060
San Francisco Ca 94102-9680