1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  ANYA M. BINSACCA
   Supervising Deputy Attorney General
5  AMBER N. WIPFLER, State Bar No. 238484
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone: (415) 703-5721
    Fax: (415) 703-5843
8   Email: Amber.Wipfler@doj.ca.gov

9  Attorneys for Respondent Warden Sullivan

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD DANIEL CORRALEJO,<br><br>                                    Petitioner,<br><br>      v.<br><br>W.J. SULLIVAN, Warden,<br><br>                                    Respondent. | C 08-0296 RMW<br><br>**NUNC PRO TUNC REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING; DECLARATION OF COUNSEL; [PROPOSED] ORDER**<br><br>Judge: The Honorable Ronald M. Whyte |

**NUNC PRO TUNC REQUEST FOR EXTENSION OF TIME**

In a petition for writ of habeas corpus, state inmate Edward Corralejo challenged the result of a prison disciplinary hearing. This Court issued an order to show cause on April 28, 2008, requiring Respondent Warden W.J. Sullivan to file a responsive pleading on or before June 27, 2008. For the reasons set forth in the accompanying declaration of counsel, Respondent respectfully requests a nunc pro tunc extension of time, up to and including June 30, 2008, to file

/ / /

/ / /

1  pleading in this matter.

2  Dated: June 30, 2008

3                                      Respectfully submitted,

4                                      EDMUND G. BROWN JR.
                                       Attorney General of the State of California

5                                      DANE R. GILLETTE
                                       Chief Assistant Attorney General
6
                                       JULIE L. GARLAND
7                                      Senior Assistant Attorney General

8                                      ANYA M. BINSACCA
                                       Supervising Deputy Attorney General
9

10                                     /s/ Amber N. Wipfler

11
                                       AMBER N. WIPFLER
12                                     Deputy Attorney General
                                       Attorneys for Respondent Warden Sullivan
13

14
   20119241.wpd
15 SF2008401735

16

17

18

19

20

21

22

23

24

25

26

27

28

NPT Req. for EOT                                                    *Corralejo v. Sullivan*
                                                                    C 08-0296 RMW

## DECLARATION OF COUNSEL

I, Amber N. Wipfler, declare:

1. I am an attorney licensed to practice before the courts of the state of California. I am employed by the California Office of the Attorney General as a Deputy Attorney General in the Correctional Writs and Appeals section.

2. I am the attorney assigned to respond to the petition for writ of habeas corpus filed by state inmate Edward Corralejo.

3. On April 28, 2008, this Court issued an order to show cause, requiring Respondent Warden Sullivan to file a responsive pleading on or before June 27, 2008.

4. On June 26, 2008, the State Building in San Francisco was evacuated due to a power outage and possible fire/explosion. The building did not reopen until today, June 30, 2008. As a result, I was unable to access any of my files or use the electronic filing system until today.

5. Accordingly, Respondent respectfully requests a nunc pro tunc extension of time, up to and including June 20, 2008, to file a responsive pleading in this matter.

6. This response is not made for the purposes of delay, harassment, or any other improper purpose.

7. Without an extension of time, Respondent would be substantially prejudiced in that Respondent would not have had the opportunity to respond to this Court's order.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on June 30, 2008, in San Francisco, California.

*[signature]*
Amber N. Wipfler
Deputy Attorney General

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Corralejo v. Sullivan**

No.:   **C 08-0296 RMW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **June 30, 2008**, I served the attached

1. **NUNC PRO TUNC REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING; DECLARATION OF COUNSEL;**

2. **[PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Edward Daniel Corralejo, E-52119**
**California Correctional Institution**
**P. O. Box 608**
**Tehachapi, CA 93581**
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **June 30, 2008**, at San Francisco, California.

_____
J. Baker
Declarant

_____
Signature

20119288.wpd