IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD DANIEL CORRALEJO,<br><br>                              Petitioner,<br><br>v.<br><br>W.J. SULLIVAN, Warden,<br><br>                              Respondent. | C 08-0296 RMW<br><br>**[PROPOSED] ORDER**<br><br>Judge: The Honorable Ronald M. Whyte |

GOOD CAUSE SHOWN, Respondent is hereby GRANTED a nunc pro tunc extension of time, up to and including June 30, 2008, to file a responsive pleading in this matter. Petitioner shall have 30 days thereafter to file a reply.

_____
Ronald M. Whyte
United States District Court Judge