*E-FILED - 7/24/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD DANIEL CORRALEJO,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>W.J. SULLIVAN, Warden,<br><br>　　　　　　　Respondent. | C 08-0296 RMW<br><br>[~~PROPOSED~~] ORDER<br><br>Judge: The Honorable Ronald M. Whyte |

　　GOOD CAUSE SHOWN, Respondent is hereby GRANTED a nunc pro tunc extension of time, up to and including June 30, 2008, to file a responsive pleading in this matter. Petitioner shall have 30 days thereafter to file a reply.

Date: 7/24/08

　　　　　　　　　　　　　　　　　　　　　　　/s/ Ronald M. Whyte
　　　　　　　　　　　　　　　　　　　　　　　Ronald M. Whyte
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

[~~Proposed~~] Order NPT Req. for EOT　　　　　　　　　　　　　　　　　　　　　Corralejo v. Sullivan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　C 08-0296 RMW

1