***E-FILED - 12/15/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD DANIEL CORRALEJO, | ) | No. C 08-0296 RMW (PR) |
| Petitioner, | ) ) | JUDGMENT |
| vs. | ) ) | |
| W.J. SULLIVAN, Warden, | ) ) | |
| Respondent. | ) ) | |

The court has dismissed the instant petition for writ of habeas corpus. A judgment of dismissal is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: __12/11/08____

*Ronald M. Whyte* (signature)
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.08\Corralejo296judwpd.wpd    1